**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILDREDO TORRES
CHIEF PROBATION OFFICER

THOMAS S. LARSON
SUPERVISING PROBATION OFFICER

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

January 5, 2012

Katharine S. Hayden, Sr. USDJ
United States District Court
Martin Luther King, Jr.
Federal Building and Courthouse
P.O. Box 0999
Newark, NJ 07102-0999

RE: Reci, Mensur
Dkt. No. 08-509-001
<u>**Notification of Expiration of Supervision
with Outstanding Restitution Balance**</u>

Dear Judge Hayden:

On January 13, 2009, Your Honor sentenced Mensur Reci to three years probation, $155,484.20 in restitution and a $100 special assessment for the offense of Bank Fraud. Special conditions included the preclusion of gambling, financial disclosure, no new debt, and the collection of DNA.

The offender's term of supervision will expire on January 12, 2012; however, as of today's date, he maintains a restitution balance of $150,902.40. Notwithstanding the outstanding financial obligation, Reci has otherwise remained in relative compliance with the conditions of supervision. Unless the Court considers otherwise, we recommend the offender's supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18 U.S.C. § 3612. By copy of this letter, the Financial Litigation Unit of the United States Attorney's Office for the District of New Jersey is notified of the expiration of Reci's term of supervision.

As always, we make ourselves available should the Court wish to discuss this matter. The undersigned can be reached at (973)357-4090.

Very truly yours,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Denise Morales
U.S. Probation Officer

/dm

cc: United States Attorney's Office
    Financial Litigation Unit

# EXPIRATION OF SUPERVISION WITH OUTSTANDING RESTITUTION BALANCE

## U.S. v. Mensur Reci
## Docket No.: 08-00509-01

__✓__    The Court approves of the expiration of supervision with an outstanding restitution balance.

_____    The Court does not approve of the offender's expiration from supervision with an outstanding restitution balance.

_____
Signature of Judicial Officer

_____1/9/12_____
Date